FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
SHARI L. KAUFMAN
Assistant Federal Public Defender
State Bar No. 004461
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Jan Alan Lindsay

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAN ALAN LINDSAY,<br><br>    Defendant. | 2:09-cr-077-JCM-PAL<br><br>**NOTICE OF REASSIGNMENT** |

    NOTICE is hereby given that Assistant Federal Public Defender SHARI L. KAUFMAN,  will now serve as counsel for the above-captioned defendant.

    Counsel's address is as follows:

        Federal Public Defender
        411 E. Bonneville Avenue, Suite 250
        Las Vegas, Nevada 89101

    DATED this 30th day of September, 2009.

                      FRANNY A. FORSMAN
                      Federal Public Defender

                      */s/ Shari L. Kaufman*

                      SHARI L. KAUFMAN
                      Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 30, 2009, she served an electronic copy of the above and foregoing **NOTICE OF REASSIGNMENT,** by electronic service (ECF) to the person named below:

> DANIEL G. BOGDEN
> United States Attorney
> ERIC JOHNSON
> Assistant United States Attorney
> J. G. DAMM
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

*/s/ Blanca Lenzi*
_____
Employee of the Federal Public Defender